**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6191**

AL-QAHIRA JIHAD AL-MATEEN BAKRA,

        Plaintiff - Appellant,

    v.

TIMOTHY TRENT; B.R.R.J. ADMINISTRATION,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:16-cv-00009-JLK-RSB)

Submitted: June 21, 2016        Decided: June 23, 2016

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Al-Qahira Jihad Al-Mateen Bakra, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Al-Qahira Jihad Al-Mateen Bakra appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2012) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bakra v. Trent</u>, No. 7:16-cv-00009-JLK-RSB (W.D. Va. Jan. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>